PD-1021-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 8/7/2015 3:59:24 PM
Accepted 8/11/2015 2:04:53 PM
ABEL ACOSTA
CLERK

**Cause Number**_____

| | | | |
|---|---|---|---|
| TIMOTHY EDWARD WHITINGTON, | § | | |
| APPELLANT, | § | | |
| | § | IN THE TEXAS COURT | |
| VS. | § | | |
| | § | OF CRIMINAL APPEALS | |
| THE STATE OF TEXAS, | § | | |
| APPELLEE. | § | | |

### *APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW*

TO THE HONORABLE JUDGES OF SAID COURT:

Now comes **TIMOTHY EDWARD WHITINGTON,** Appellant in the above styled and numbered cause, by and through his attorney of record, WM. REAGAN WYNN, and pursuant to Rules 10.5(b) and 68.2(c), Texas Rules of Appellate Procedure, files this First Motion for Extension of Time to File Petition for Discretionary Review , and for such Motion would respectfully show the Court as follows:

1.    Trial Court: 432nd Judicial District Court, Tarrant County, Texas.

2.    Date of Judgment and Sentence: March 1, 2013.

3.    Trial Court Cause Number: 1284003.

4.    Style of Cause: *State of Texas v. Timothy Edward Whitington*

5.    Offense For Which Appellant Was Convicted: Sex Abused Child Cont-U/14.

6. Punishment Assessed: 50 Years TDCJ.

7. Appellant is currently incarcerated.

8. Date Notice of Appeal filed: March 8, 2013.

9. Court of Appeals: Eighth Court of Appeals.

10. Style of Cause in Court of Appeals: *Timothy Edward Whitington v. The State of Texas*.

11. Court of Appeals' Cause Number: 08-13-00102-CR.

12. Date Court of Appeals' Judgment and Opinion Entered: April 24, 2015.

13. Date Motion for Rehearing Filed: n/a.

14. Date Motion for Rehearing Overruled: n/a.

15. Current Due Date for Petition for Discretionary Review: July 31, 2015.

16. Length of Time Requested for Extension: 30 days, to August 29, 2015.

17. Number of Prior Extensions of Time: **0**.

18. The facts relied upon to reasonably explain the need for an extension:

   a. Undersigned counsel was out of the office from July 24, 2015 through August 2, 2015 for a family vacation and also was a speaker at the State Bar of Texas Advanced Criminal Law Course in San Antonio, Texas.

   b. This extension is not requested for the purposes of delay, but so that justice may be done and undersigned counsel may effectively represent Appellant in this matter.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Court will extend the time within which to file the Petition for Discretionary Review until the 29th day of August, 2015.

Respectfully submitted,


/s/ Wm. Reagan Wynn
WM. REAGAN WYNN
State Bar Number: 00797708
*rwynn@kearneywynn.com*

KEARNEY | WYNN
One Museum Place
3100 West 7th Street, Suite 420
Fort Worth, Texas 76l07
(8l7) 336-5600
(817) 336-5610 (fax)

## CERTIFICATE OF CONFERENCE

On August 7, 2015, conference was held with Cyndi Burgess and Helena Faulkner of the Tarrant County District Attorney's office and indicated the State has no objection to an extension of time.


/s/ Wm. Reagan Wynn
WM. REAGAN WYNN

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been delivered to the office of Debra Windsor of the Appellate Section of the Tarrant County District Attorney via email on the 7th day of August, 2015.

/s/ Wm. Reagan Wynn
WM.  REAGAN WYNN